UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CRESHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTAL ALIWALAS, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-3438-JDP (P)<br><br>ORDER |

Plaintiff has filed two motions for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for an extension of time, ECF Nos. 13 & 14, are granted; and

2. Plaintiff is granted until August 1, 2025 to file an amended complaint.

IT IS SO ORDERED.

Dated:   June 11, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1