UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CRESHAM,<br>Plaintiff,<br>v.<br>KRISTAL ALIWALAS, et al.,<br>Defendants. | Case No. 2:24-cv-3438-JDP (P)<br><br>ORDER |

Defendants have filed two motions for extension of time. ECF Nos. 43 & 44. The first pertains to the deadline for defendant Aliwalas to respond to plaintiff's first set of interrogatories; the second pertains to the deadline for defendant Davis to respond the interrogatories directed to him. ECF No. 43 at 1; ECF No. 44 at 2. Both will be granted.

It is ORDERED that:

1. The motion for extension of time, ECF No. 43, is GRANTED. Defendant Aliwalas must serve her responses to plaintiff's first set of interrogatories by September 21, 2026.

2. The motion for extension of time, ECF No. 44, is GRANTED. Defendant Davis's responses to plaintiff's first set of interrogatories is granted nunc pro tunc. The deadline for serving them is extended to September 1, 2026 and, provided they were served by that date, they are timely.

IT IS SO ORDERED.

Dated: September 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE