UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM CRESHAM,

Plaintiff,

v.

KRISTAL ALIWALAS, et al.,

Defendants.

Case No. 2:24-cv-3438-JDP (P)

ORDER

Defendants have moved for an extension of the discovery and dispositive motion deadlines. ECF No. 49. Good cause being shown, the motion is granted. Additionally, I will deny plaintiff's "informal discovery brief," ECF No. 48, as defendants have already indicated a willingness to respond to the discovery requests at issue, ECF No. 49 at 3-4.

It is ORDERED that:

1. The motion for extension of time, ECF No. 49, is GRANTED.

2. The parties may conduct discovery until December 21, 2026. All discovery, including any motions to compel, must be filed on or before that date. The deadline for all pretrial motions (except motions to compel) is extended to March 22, 2027.

3. Plaintiff's "informal discovery brief," ECF No. 48, is DENIED.

IT IS SO ORDERED.

Dated: September 28, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE