IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**WILLIAM CRESHAM,**

Plaintiff,

**v.**

**ALIWALAS, et al.,**

Defendants.

Case No. 2:24-cv-3438 JDP

**~~[PROPOSED]~~ ORDER**

Defendants Davis and Aliwalas have filed a request to extend the deadline to respond to Plaintiff's amended first set of discovery requests by seven days. Upon consideration, good cause appearing, Defendants' request is **GRANTED**.

Defendants Davis and Aliwalas's responses to Plaintiff's amended first set of discovery requests must be served no later than November 2, 2026.

IT IS SO ORDERED.

Dated: November 2, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE